UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIQUE NOEL BROWN,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL JEROME IRVIN, *et al.*,<br><br>               Defendants. | Case No. C24-1721-LK<br><br>ORDER |

Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) The Court initially found that Plaintiff's application lacked the necessary information for the Court to assess her ability to pay court fees and costs and ordered her to show cause why the IFP application should not be denied. (Dkt. # 4.) Plaintiff later submitted an affidavit addressing these deficiencies. (Dkt. # 6.) Based on this affidavit, Plaintiff does not appear to have the funds to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Lauren J. King.

ORDER - 1

Dated this <u>12th</u> day of November, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2