UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIQUE NOEL BROWN, | CASE NO. 2:24-cv-01721-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MICHAEL JEROME IRVIN et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion of Dismissal With Prejudice. Dkt. No. 44. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 28th day of July, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1